USCA1 Opinion

 

Intro 

 United States Court of Appeals

For the First Circuit

____________________

No. 00-1186

UNITED STATES OF AMERICA,

Petitioner, Appellee,

v.

MICHAEL FRIERSON,

Respondent, Appellant.

____________________

 

ERRATA SHEET

 

 The opinion of this Court, issued on March 31, 2000, is
amended as follows:

 The number 28 should be replaced with the number 18 in
the following locations:

 on page 3, lines 6, 10, 13, 15, 17, 22, and 23;

 on page 4, lines 3, 10, and 11;

 on page 5, line 6; and

 on page 12, line 4.